FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SCOTT BRAKEFIELD,

Plaintiff,

v.

UNITED STATES GOVERNMENT,

Defendant.

No.   2:18-CV-00266-SMJ

**ORDER DISMISSING COMPLAINT**

By Order filed October 11, 2018, the Court advised *pro se* Plaintiff, who is proceeding *in forma pauperis*, of the deficiencies of his Complaint. ECF No. 7. The Court granted leave for Plaintiff to amend his Complaint and cautioned him that failure to do so would result in involuntary dismissal. *Id.* Despite being given the opportunity to do so, Plaintiff did not amend his Complaint and has filed nothing further in this action.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The Complaint, **ECF No. 6**, is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915A(b) and 1915(e)(2).

3.    The Clerk's Office is **DIRECTED** to **CLOSE** this file.

ORDER DISMISSING COMPLAINT **-** 1

1  **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

2  forward a copy to Plaintiff.

3  **DATED** this 12th day of December 2018.

4  _____
   SALVADOR MENDOZA, JR.
5  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER DISMISSING COMPLAINT **-** 2